JS-6

FILED
CLERK, U.S. DISTRICT COURT

November 30, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Kimberly Barbour | NO. CV 17-00566-SJO |
| Kim Barbour<br>    Appellant, | Related US Bankruptcy Court, |
| | USBC-CDCA-Los Angeles, |
| | 2:16-bk-22878-BR |
|   v. | **ORDER OF DISMISSAL** |
| Ronald Hills, et al, | **BY LACK OF PROSECUTION** |
|     Appellee. | |

  WHEREAS Plaintiff was ordered to show cause in writing by not later than **November 2, 2017,** why this action should not be dismissed for lack of prosecution

  WHEREAS this period has elapsed without any action by plaintiff.

  The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: November 30, 2017

                *S. James Otero*
                _____
                 S. JAMES OTERO
              UNITED STATES DISTRICT JUDGE